UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Kandice McSwain, as Personal Representative, of the Estate of Torrence C. McSwain,

*Plaintiff,*

Versus

HOMAG Machinery North America, Inc. and Stiles Machinery, Inc.,

*Defendant.*

C/A No. 7:25-cv-00407-DCC, USDC

**PRIVILEGE LOG**

TO: LIAM D. DUFFY, WILLIAM E. APPLEGATE, IV, AND SAMUEL R. BASS, II, ATTORNEYS FOR THE PLAINTIFF:

The Defendants, HOMAG Machinery North America, Inc. and Stiles Machinery, Inc. (hereinafter “the Defendants”), pursuant to Rule 26(b)(5) of the South Carolina Rules of Civil Procedure, hereby submit the following log of redacted items withheld form production in response to Plaintiff’s First Set of Interrogatories and First Set of Requests for Production:

| Bates Numbers | Description | Reason for Redactions/Withholding |
|---|---|---|
| ***DEFENDANTS 1123 and 1225*** | In response to Plaintiff’s discovery requests, communications pertaining to the subject incident were provided to Defense Counsel from Mike Callahan, General Counsel for Defendant Stiles. In this instance, the communications were email chains, and the chains were forwarded to Robert H. Hood, Jr., counsel for the Defendants. The redacted portions of these emails are the emails from Mike Callahan to Robert H. Hood, Jr. forwarding those respective email chains. The redacted emails contain privileged communications between an attorney and his client. | The redacted sections contain communications protected by the Attorney-Client privilege. |
| ***Unlabeled Emails produced in first*** | Two email chains produced in Defendants’ First Supplemental Responses to Plaintiff’s Discovery Requests were produced in their | The redacted sections contain communications protected by the Attorney-Client privilege. |

PLAINTIFF
EXHIBIT
3

| | | |
|---|---|---|
| ***supplemental discovery responses*** | native .msg format. These chains were forwarded by Defendant Stiles's General Counsel to defense counsel, Robert H. Hood, Jr. These chains contain a paragraph explaining that the relevant section of the chains is redacted to protect information protected by Attorney-Client privilege, similar to those materials bates labeled as DEFENDANTS 1123 and 1225. | |

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630

Robert H. Hood, Jr. (6998)
bobbyjr.hood@hoodlaw.com
Rion H. Murrah (14183)
rion.murrah@hoodlaw.com

*Attorney for the Defendants*
*HOMAG Machinery North America, Inc.*
*and Stiles Machinery, Inc.*

May 22, 2025
Charleston, South Carolina

***CERTIFICATE OF SERVICE***

I certify that on this date a copy of the ***PRIVILEGE LOG*** was served on each party or counsel of record ☐ mailing, ☒ e-mailing, ☐facsimile, or ☐hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This 22nd day of May, 2025.